# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE MCKAUGHAN, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01562-WBS-DMC |
| Plaintiff, | **ORDER ON SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | Trial Date: None Set |
| BONNER AND PARTNERS, LLC, | Complaint Filed: Apr. 16, 2026 |
| Defendant. | Current Deadline to Respond to Complaint: June 8, 2026 |

The Court has received, read, and considered the second stipulation to extend Defendant's deadline to respond to the Complaint. For good cause shown, the Court hereby orders that Defendant shall respond to the Complaint by June 29, 2026.

IT IS SO ORDERED.

Dated:  June 3, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER ON SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO  PLAINTIFF'S COMPLAINT